1:09mc4-JAD

FILED

JUN 17 2009

DAVID CREWS, CLERK
BY /s/ _____
Deputy

## POWER OF ATTORNEY

  KNOW ALL MEN BY THESE PRESENTS, that Washington International Insurance Company, a corporation existing under the laws of the State of New Hampshire and having its principal office at 1200 Arlington Heights Road, Suite 400, Itasca, Illinois 60143 desiring to comply with Title 31, Section 9306 (96 Stat. 1048) of the U.S. Code, hereby constitutes and appoints J. Hale Freeland, Esq., of Freeland Shull, PLLC, 405 Galleria Lane, Suite C, Post Office Box 2249, Oxford, Mississippi 38655, as its true and lawful attorney and agent in and for the Northern District of Mississippi upon whom all lawful process in any action or proceeding against the company on said district may be served in like manner and with the same effect as if the company existed therein, and who is authorized to enter an appearance on its behalf.

  IN WITNESS WHEREOF of said company, pursuant to proper authority of its board of directors or other governing body, has caused these presents to be subscribed by its President and its corporate seal to be affixed hereto this the ___10th___ day of June, 2009.

(CORPORATE SEAL)

_____
STEVEN P. ANDERSON, PRESIDENT

STATE OF ILLINOIS     §
COUNTY OF ___DuPage___   §

  On this ___10th___ day of June, 2009, before me appeared Steven P. Anderson, President of Washington International Insurance Company, with whom I am personally acquainted, who being duly sworn, says that he is President of Washington International Insurance Company; that he knows the corporate seal of the company; that the seal affixed to the foregoing instrument is such corporate seal; that it was affixed by order of the board of directors or other governing body of said company, and that he signed an instrument as President of said Company by like authority.

My Commission expires:   08/03/2012

OFFICIAL SEAL
D JILL NELSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/03/12

_____
NOTARY PUBLIC

(SEAL)